```
                                              FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF KANSAS
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF KANSAS  14 MAR 31 A10:30
```

| | |
|---|---|
| Arthur D. Barnes ) | CLERK U.S. DISTRICT COURT |
| 1816 S. Waco ) | BY_____ DEPUTY CLERK |
| Wichita, KS 67213 ) | AT WICHITA, KS |
| (Enter above the full name of the Plaintiff(s)) ) | |
| vs. ) | Case Number: 14-cv-1096-RDR-KGS |
| Spirit Aerosystems Inc. ) | |
| Name ) | |
| 3801 S. Oliver ) | |
| Street and number ) | |
| Wichita, KS 67210 ) | |
| City    State    Zip Code ) | |

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

   A.  Name of plaintiff  Arthur D. Barnes

        Address  1816 S. Waco

                 Wichita, KS 67213

                 316-299-1489 Ajbarnes737@yahoo.com

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

 B. Defendant_____is

   employed at _____

   _____

 C. Additional Defendants _____

   _____

   _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

 A. (If Applicable) Diversity of citizenship and amount:

   1. Plaintiff is a citizen of the State of __Kansas__ .

   2. The first-named defendant above is either

    a. a citizen of the State of __Kansas__ ; or

    b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either

    a. a citizen of the State of __Kansas__ ; or

    b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

___ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

✓ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

___ 3. Other grounds (specify and state any statute which gives rise to such grounds):

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Defendant failed to carry out legal duty under the FMLA owed to plaintiff.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

<u>10,500,000.00- pre and post interest, liquid damage, medical benefits reinstated,</u> compensatory damages, and punitive damages.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [ ]   No [✓]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [✓]   No [✓]

VII. Do you claim punitive monetary damages?   Yes [✓]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Violation of the FMLA

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

11/18/2011 Department of Labor found disqualifying provsion of KSA 44-7706 Do Not Apply, misconduct has not been established. The employer has not provided specific evidence regarding claimant's attendance.

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

    ✓ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 12-cv-1032-MLB-KGG and assigned to the Honorable Judge Monti L. Belot.

    ____ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_[signature]_
Signature of Plaintiff

Arthur Barnes
Name (Print or Type)

5

1816 S. Waco
Address

Wichita KS 67213
City    State    Zip Code

316-299-1489
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☑Wichita, ☐Kansas City or ☐Topeka, Kansas as the location for the
(check one location)
trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☑yes ☐no.
(check one)

_____
Signature of Plaintiff

Dated: 03/31/14
(Rev. 8/07)

6

## Additional Information

Federal Violations: FMLA Interference

Complaint

Plaintiff Arthur D. Barnes brings a claim of substantive FMLA Interference against Defendant Spirit Aerosystems Inc.

1.  Spirit Aerosystems Inc. violated the Federal FMLA when they terminated the plaintiff's employment based off the fact they failed to provide plaintiff with individualized notice (i.e. FMLA Designation Notice) that leave wasn't going to be designated as FMLA leave before terminating plaintiff which rendered me unable to make informed decisions regarding the my leave.
2.  Under FMLA law an employer is prohibited from interfering with, restraining or denying the exercise of, **or the attempt to exercise, any FMLA right**.
    Under 29 U.S.C.A 2915 (a) (1) an employer's intent of an interference claim is immaterial.
3.  The defendant's failure to formally classify the leave as FMLA, then subsequently terminating him interfered with his FMLA rights and prevented plaintiff from making informed decisions.
4.  The defendant's failure to timely designate leave resulted in direct harm to plaintiff in his dismissal.
5.  Plaintiff suffered prejudice as it relates to his FMLA leave based off the fact the defendant failed to provide plaintiff with the twelve weeks of leave **guaranteed** by law and to which plaintiff was entitled. Coupled with failing to provide individualized notices in forms of a Designation Notice and failing to discuss or document dispute resolutions under the FMLA all are in which actionable interference with the plaintiffs FMLA rights.
6.  Plaintiff was not offered an opportunity to make informed decisions about his leave based off the lack of FMLA notice provided to him by defendant as required. Had plaintiff been appropriately apprised of his leave time plaintiff would still be employed instead of dismissed due to the defendants strict "no fault" attendance policies it relies on.
7.  Defendant deprived plaintiff of his rights under the FMLA.
8.  The defendant's failure to notify or provide written notice to plaintiff that leave wasn't going to be counted as FMLA and his subsequent termination interfered with plaintiffs FMLA rights.
9.  Per the FMLA regulations, the individual FMLA notices provided to the employee are absolute and when they are not provided the employee is prejudiced.
10. Employers cannot terminate an employee or serve a disciplinary letter for being absent on certain days if those days were protected by FMLA, even if the time was not designated as FMLA leave if it meets the definition of a serious health condition under the FMLA then it would constitute protected leave as long as the employee is eligible and hasn't exhausted his or her twelve week leave.
11. If an employer fails to provide the required FMLA notice of designation, **it may not take action against an employee for failure to comply with any requirements set forth in the notice.**
12. There's direct evidence showing the defendant understood the requirements of the FMLA but failed to take reasonable steps to ensure it was in compliance with it.
13. The defendant cannot justify it actions by showing that it did not intend it nor had a legitimate business reasons for it.

14. The defendant **should not** have terminated the plaintiff without first initiating the FMLA designation process.
15. The defendant failed to carry out its legal duty under the FMLA owed to plaintiff.